UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 9-32-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| EDDIE IVAN WEST, JR., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 45] filed by United States Magistrate Judge Hanly A. Ingram. The Report and Recommendation addresses the reported violations of supervised release conditions by the Defendant Eddie Ivan West, Jr. [R. 37.] Therein Judge Ingram recommends revocation of West's supervised release, and imprisonment for a term of 18 months to be followed by an additional supervised release term of 18 months. [R. 45.] Further, Judge Ingram's Report advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*] As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and

recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 45] is **ADOPTED** as the opinion of this Court;

(2) West's period of supervised release is **REVOKED** and he is **SENTENCED** to a term of imprisonment for a term of 18 months; and

(3) An additional term of supervised release of 18 months shall be imposed after completion of West's period of detention.

This 3rd day of May, 2012.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge